Docket Number: [blank]

Jose Maldonado
 vs
Commissioner Leo Arnone
Rev. Anthony Bruno

United States District Court
District of Hartford
At Hartford

FILED
May 24, 2011

## 1983 Civil Rights Suit

Preliminary Statement

This is a Civil rights action being filed by Jose Maldonado, a state prisoner for damages and injunctive relief under 42 U.S.C. §1983, alleging constitutional and statutory violations created by Defendants' through the prison's Administrative Directives, which prohibit the plaintiff from obtaining and wearing Orisha beads in conformity with his Santeria religion. The Administrative Directives are in violation of the Free Exercise claim, Due Process claim, Religious Freedom Restoration Act of 1993 guarantees by the First and Fourteenth Amendment of the United States Constitution.

The plaintiff also alleges the tort claims of Conn. Gen. Stat. §52-571q Deprivation of equal rights and privileges, and §52-571b Action Authorized when state subdivision burdens a person's exercise of religion.

Jurisdiction

1. The Court has jurisdiction over the plaintiff's claims of violation of Federal Constitutional rights under 42, U.S.C. §§1331(a) and 1343.

2. The Court has original jurisdiction over the plaintiff's state law tort claims.

Parties

3. The plaintiff is currently incarcerated at Enfield C.I., P.O. Box 1500 289 Shaker Road, Enfield, CT 06083.

4. The defendants Rev Anthony Bruno, Leo Arnone Brian Murphy, can be properly served at 24 Wolcott Hill Road, Wethersfield, CT 06108. Each defendant is being sued in their individually and official capacity.

FACTS

5. The plaintiff, Jose A. Maldonado, is a sincere and bona fide adherent to the Santeria religion.

6. The plaintiff believes in Olodumare (God) and Guardian spirits.

7. The plaintiff believes wearing of Orisha beads in conformity with faith.

8. The plaintiff believes, he must wear Sacred Santeria beads of certain color combinations AT ALL TIMES except when engaging in sexual intercourse, bathing or sleeping.

9. The plaintiff believes the wearing of Orisha beads protect him from danger and evil, to which he might otherwise be vulnerable and that the beads when worn will bring him good fortune, peace, purity and good health.

10. The plaintiff believes there are serious negative consequences if he does not wear his beads and according to Santeria religious tenets, he is subject to danger and evil without the protection of his beads.

11. The plaintiff believes faithfully wearing his Orisha beads will ensure closeness to the Orisha as well as protection from Negative Forces and events.

12. The Defendants' <u>WILL NOT</u> allow the plaintiff to obtain/order/and wear his required Orisha beads, other than one, which must be <u>WHITE</u>, Accord to Directives.

13. The Administrative Directives are illegal and unconstitutional and less restrictive means were available. The plaintiff is willing to wear the Orisha beads <u>UNDER</u> his shirt at <u>ALL times</u>.

14. The plaintiff has filed a Grievance Prior to filing suit in order to obtain/order and wear color combination Orisha beads

15. The plaintiff has never been affiliated with any gangs.

16. The plaintiff would Never desecrate or disgrace his Orisha beads or Olodumare by using Orisha beads for any other purpose than Devotion.

17. The plaintiff is 56 years old (8-8-54) and Santeria is his way of Life.

18. The most recent (Serious) Negative event in the plaintiff's Life Due to Not Having his Orisha beads was Not being seen by the Board of Parole After Parole officer D. Lopez wrote him stating "The Board's Panel voted to set a New Parole hearing date in this case in 4/20/60. And he has Heard Nothing. This is just one recent misfortune And he does Not have his Peace.

19. The plaintiff must have the following Orisha beads to be in comformity with his Faith.
① Obatala - white  ② Eleggua - black/red  ③ Shango - red and white  ④ Oggun - green and red  ⑤ Ochun - yellow  ⑥ Orunmila - green and yellow  ⑦ Yemaya - blue and white

Background

20. Santeria is a recognized religion and has been since 1993, when Supreme Court Justices Kennedy, Scalia, Souter, Blackmun, and O'Conner ruled in Church of the Lukumi Babalu Aye, Inc v City of Hialeah, 113 S.CT 2217 (1993).

21. Practices of the Santeria religion, which originated in the 19th Century, is a religious belief system with a long and rich history in the Caribbeans and Latin America.

22. Saints are fundamental figures in Santeria. They play the role of guide and patron to Santeria devotees. The <u>Saints or Orisha</u> have distinct personalities, temperaments and Santeria practitioners have specific patron Orishas with whom they have a spiritually intimate affiliation.

23. The Santeria Faith teaches that every individual has destiny from God, a destiny fulfilled with the

page 9
state protected Interest in practicing the Santeria religion and thus wearing his religious beads.

1. Compensatory damage in the amount of 175,000 (one-hundred & seventy five thousand dollars) against each defendant in his <u>Individual capacity only</u>.

2. Punitive damage in the amount of 175,000 (one-hundred & seventy five thousand dollars) against each defendant in his <u>Individual capacity only</u>.

3. Plaintiff's cost of suit

4. Declaratory relief

5. Attorney Fees

6. Nominal relief

7. Jury trial Demand

8. Any and all other relief this court deems fair and Just

9. Injunctive relief

Jose A. Maldonado
Jose A. Maldonado
P.O. Box 1000
Enfield, CT 06083