UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE MALDONADO, #71893 | : | CIVIL NO. 3:11CV871 (AWT) |
| v. | : | |
| LEO ARNONE, ET. AL. | : | MAY 16, 2012 |

### DEFENDANTS' MOTION FOR LEAVE TO DEPOSE A PERSON CONFINED IN PRISON

Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, the defendants respectfully request leave of this Court to depose the plaintiff, **JOSE MALDONADO, #71893**, a person currently confined at Enfield Correctional Institution, Road, Enfield, Connecticut, on **June 6, 2012, at 9:30 a.m.,** in an appropriate room at Enfield C.I., in a location to be determined by the Warden or her designee, before Brandon Smith Reporting Service or any person authorized to take depositions in the State of Connecticut, and to continue thereafter from day to day, until such deposition is completed. The defendants seek this opportunity to discover the details of the plaintiff's allegations, claims and damages, and for any other purpose provided for by the federal rules, and request the assistance and attendance of their expert to assist undersigned counsel. Undersigned counsel has conferred with staff in the Warden's office at Enfield C.I. and they have no objection to this motion, and they will make arrangements for this deposition.

WHEREFORE, the defendants respectfully request leave to depose, Jose Maldonado, #71893**,** a person confined to prison.

DEFENDANTS
Leo Arnone, Et Al.

GEORGE JEPSEN
ATTORNEY GENERAL


BY: /s/ Steven R. Strom
　　　Steven R. Strom
　　　Assistant Attorney General
　　　110 Sherman Street
　　　Hartford, CT 06105
　　　Federal Bar #ct01211
　　　E-Mail:  steven.strom@ct.gov
　　　Tel.:  (860) 808-5450
　　　Fax:  (860) 808-5591

## CERTIFICATION

I hereby certify that on May 16, 2012, a copy of the foregoing Motion For Leave To Depose A Person Confined In Prison was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and also sent by regular U.S. mail. Parties may access this filing through the Court's system.

    Jose Maldonado, Inmate #71893
    Enfield Correctional Institution
    289 Shaker Road
    P.O. Box 1500
    Enfield, CT 06082

    Warden Anne Cournoyer
    Enfield Correctional Institution
    289 Shaker Road
    P.O. Box 1500
    Enfield, CT 06082

    Brandon Smith Reporting & Video
    249 Pearl Street
    Hartford, CT 06103

    /s/ Steven R. Strom
    Steven R. Strom
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Tel.: (860) 808-5450
    Fax: (860) 808-5591
    E-Mail: steven.strom@ct.gov
    Federal Bar #ct01211